UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**,                                     Case No. 3:04-CR-00084-01-KI

                    Plaintiff,

                                   ORDER

                v.

**CRAIG MITCHELL MORRIS**,

                    Defendant.


       S. Amanda Marshall
       United States Attorney
       District of Oregon
       Johnathan S. Haub
       United States Attorney's Office
       1000 SW Third Avenue, Suite 600
       Portland, Oregon  97204

            Attorneys for Plaintiff

James F. Halley
The Strowbridge Building
735 SW First Avenue
Portland, Oregon  97204

        Attorney for Defendant


KING, Judge:

The court grants defendant's Motion for Early Termination or Reduction of Supervised

Release Term [98].  Defendant has successfully completed more than three years of his five year

term of supervised release.  The court concludes there is no need to continue the supervised

release for the entire five year term.  Accordingly, the court reduces the term of supervised

release to four years.

      IT IS SO ORDERED.

      Dated this     14th     day of December, 2011.


                    /s/ Garr M. King
                   Garr M. King
                   United States District Judge